UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Pamela J. Webb, | : |
| | : Civil Action No.: 1:11-cv-00529-RC |
| Plaintiff, | : |
| v. | : |
| | : |
| Global Acceptance Credit Company , | : |
| | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Global Acceptance Credit Company without prejudice and without costs to any party.

| Pamela J. Webb | Global Acceptance Credit Company |
|---|---|
| /s/ Jody B. Burton | /s/ Ed Walton |
| Jody B. Burton, Esq.<br>CT Bar # 422773<br>LEMBERG & ASSOCIATES, L.L.C.<br>14785 Preston Road, Suite 550<br>Dallas, Texas  75154<br><br>*Counsel To:*<br>LEMBERG & ASSOCIATES L.L.C.<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>Telephone: (203) 653-2250 | Ed Walton<br>SBN:  20828550<br>Barron, Newburger & Sinsley PLLC<br>101 Metro Dr., Suite A<br>Terrell, Texas 75160<br>Telephone: (972) 499-4833<br>Attorney for Defendant |

Facsimile: (203) 653-3424
Attorneys for Plaintiff

_____
SO ORDERED

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 6, 2012, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the [ENTER] District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By_/s/ Diana P. Larson_____
                Diana P. Larson