IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PAMELA J. WEBB, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 1:11-CV-529 |
| v. | § | |
| | § | |
| GLOBAL ACCEPTANCE CREDIT CO., | § | JUDGE RON CLARK |
| | § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the court is the joint stipulation of Plaintiff Pamela J. Webb and Defendant Global Acceptance Credit Co. of dismissal without prejudice. The court is of the opinion that the stipulation should be entered and this case dismissed.

IT IS THEREFORE ORDERED that Plaintiff Pamela J. Webb's claims against Defendant Global Acceptance Credit Co. are DISMISSED WITHOUT PREJUDICE. Costs shall be borne by the party incurring the same.

So **ORDERED** and **SIGNED** this **11** day of **January, 2012.**

_____
Ron Clark, United States District Judge